AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the
Eastern District of Pennsylvania

| | | |
|---|---|---|
| LogoPaint A/s | ) ) ) ) ) | |
| *Plaintiff(s)* | ) ) | |
| v. | ) ) | Civil Action No. 15-4865 |
| 3D Sport Signs Sl; Carsten Jensen Charmig; Xavier Palmerola Fernandez; Jose Isabal Roca; and Traffic Sports USA, Inc. | ) ) ) ) | |
| *Defendant(s)* | ) | |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*  Carsten Jensen Charmig
Ronda General Mitre
126 2n-4a
08022 Barcelona
SPAIN

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

FREDERICK A. TECCE, ESQ.
2005 MARKET ST, SUITE 2200
PHILADELPHIA PA 19103

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

CLERK OF COURT

Date: 8/27/15

*Signature of Clerk or Deputy Clerk*



SIMPLE COPY

NUMBER THREE THOUSAND ONE HUNDRED SEVENTY EIGHT. --------------------------------------------------------------------------------

RECORD OF DOCUMENT DELIVERY.-----------------------------

In Barcelona, my residence, on September sixteen of two thousand fifteen. --------------------------------------------------------------------------------

Before me, JAVIER GARCIA RUIZ, Notary of the Honorable College of Barcelona, a resident of the Capital, ---------------------------------

APPEARS:---------------------------------------------------------------------

Mr. ROBERT GIRALT LEINWEBER, of legal age, married, an attorney, a resident of Barcelona, with address at Number 19, Iradier Street, with N.I.D. T.I.D. number 36984788Y.-----------------------------------

ACTING under his own name in his capacity as the Attorney for the Danish company LOGO-PAINT A/S, with address at Tysklandsvej 6, DK-7100 Velje, Denmark.------------------------------------------------------

In my judgment has a legitimate interest in this act, and to that

1

effect, ------------------------------------------------------------------------------------

STATES: ----------------------------------------------------------------------

That the Danish company LOGOPAINT A/S, with address at Tysklandsvej 6, DK-7100 Velje, Denmark has filed a complaint against the company 3D SPORTS SIGNS, S.L.; Mr. Carsten Jensen Charmig; Mr. Xavier Palmerola Fernandez and Mr. Jose Isabal Roca, all of them with address for the purpose of notifications and summons at Ronda General Mitre 126, 2nd 4th, 08022 Barcelona. ---------------------------------

He shows me three citation documents for each one of them, and a single set of the complaint and its attachments, and its sworn translation. --

I ATTACH HEREIN COPY OF SAID DOCUMENTS TO THIS MASTER. ------------------------------------------------------------------------------

And so having stated, -------------------------------------------------------

REQUIRES ME so that the company 3D SPORTS SIGNS, S.L.; Mr. Carsten Jensen Charmig; Mr. Xavier Palmerola Fernandez and Mr. Jose Isabal Roca, all of them with address for the purpose of notifications and summons at Ronda General Mitre 126, 2nd 4th, 08022 Barcelona, through the delivery of the original of the aforementioned



documents, are NOTIFIED of the complaint (together with their documents), translated into Spanish filed by LOGOPAINT S/A against, among others, the cited codefendants before the United Sates District Court for the Eastern District of Pennsylvania, pursuant to the Hague Convention for the Notification of Judicial and Extrajudicial Documents in Civil and Commercial Matters, of November 15, 1965. --------------------

I ACCEPT THE REQUIREMENT and shall practice the service requested. -------------------------------------------------------------------------------

LAW OF PERSONAL INFORMATION PROTECTION.- Pursuant to Organic Law 15/1999, of December 13, of Personal Information Protection and to Ministry of Justice Order 484/2003, of February 19, I advise the grantor and petitioner that his information shall be incorporated into the NOTARY PROTOCOL AND DOCUMENTATION file and to the NOTARY ADMINISTRATION AND ORGANIZATION file, and that said information may be assigned to those Public Administrations which have a right to them pursuant to a regulation having the force of Law. ---------------------------------------------

WRITING IN OFFICIAL LANGUAGE.- This document is written

in the official language chosen by the grantor, to whom I have in my judgment appropriately advised regarding the provisions of Article 14 of the January 7, 1998 Law, of the Government of Catalonia. -------------------

That so the petitioner has GRANTED before me, the Notary, I ATTEST: --------------------------------------------------------------------------------

That I have identified him by means of his aforementioned identity document; that he has read this instrument once advised of his right to do so; that its contents are hereby ratified, that he signs together with me, that his consent has been freely given; that this granting conforms to law and to the duly informed consent of the petitioner and to everything contained therein, written on two sheets of letterhead printed paper, numbered with the number herein and the former in order. --------------------------------------

Followed by the signature of the petitioner. Signed, initialed and stamped by the authorizing Notary. -----------------------------------------------

DEED NUMBER 3178/2015. ---------------------------------------------

EXECUTION. At seventeen hours of September seventeen of two thousand fifteen, I the Notary, went to the stated required location, in Barcelona, Ronda General Mitre 126, 2nd 4th, 08022 Barcelona, the



notification address for 3D SPORTS SIGNS, S.L.; Mr. Carsten Jensen Charmig; Mr. Xavier Palmerola Fernandez and Mr. José Isabal Roca, where having informed my capacity as notary and the purpose of my presence, I find a person who claimed to be called GLORIA GUELL MARCIANO and that she was employed there; I asked her for those required, and she answered that this is their notification address but that they were currently not present; therefore, I fulfill the requirement by delivering, in a sealed envelope, a simple copy of the preceding document with the requirements and purposes of a certificate of notification, and the documentation thus delivered, to wit, **three citation documents for each one of the addressees, and one single set of the complaint and its attachments therein, with its sworn translation,** informing of the right of the summoned to respond within the term of two working days; and of the legal obligation that the receiver has to deliver each required document to the required party in the shortest term possible. ------------------------------

5

Of the contents of this execution record, which I have written in my office pursuant to notes taken on the field, added as a continuation of the record that is its cause, and in this sheet that I initial, sign and stamp, I the Notary, do attest.------------------------------------------------------------------

Initialed, signed, stamped and sealed by the authorizing Notary.

--------------------------------------------------------------------------------

-----------------------------------------------------------------------------------

-----------------------------------------------------------------------------------

-----------------------------------------------------------------------------------

-----------------------------------------------------------------------------------

**ATTACHED DOCUMENTS**

6

# TRANSLATION CERTIFICATION

450 7th Avenue
10th Floor
New York, NY 10123
Tel 212.643.8800
Fax 212.643.0005
www.morningtrans.com

County of New York
State of New York

Date: October 16, 2015

To whom it may concern:

This is to certify that the attached translation from Spanish into English is an accurate representation of the documents received by this office.

The documents are designated as:
- Exh. A. - 001-006-Affidavit

Austin Lowe, Project Manager in this company, attests to the following:

"To the best of my knowledge, the aforementioned documents are a true, full and accurate translation of the specified documents."

_____
Signature of Austin Lowe