# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **LOGOPAINT A/S,**<br><br>    **Plaintiff,**<br><br> v.<br><br>**3D SPORT SIGNS SI, CARSTEN JENSEN CHARMIG, XAVIER PALMEROLA FERNANDEZ, JOSE ISABAL ROCA and TRAFFIC SPORTS USA, INC.,**<br><br>    **Defendant.** | **CIVIL ACTION**<br>**NO. 15-04865** |

## ORDER

 **AND NOW**, this 18th day of February, 2016, upon consideration of Defendants' Motion to Transfer Venue (ECF No. 13), LogoPaint's Response (ECF No. 23) and Defendants' Reply (ECF No. 26), it is hereby **ORDERED** that the motion is **GRANTED**.

 The Clerk of Court shall **TRANSFER** the above-captioned case to the Clerk of Court for the United States District Court for the Southern District of Florida.

              BY THE COURT

              */s/ Gerald J. Pappert*
              GERALD J. PAPPERT, J