UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

| | |
|---|---|
| **LOGOPAINT A/S** :<br>:<br>    **Plaintiff/Counterclaim** :<br>    **Defendant** :<br>:<br>v. :<br>:<br>**3D SPORT SIGNS SI** :<br>:<br>    **Defendant/Counterclaim** :<br>    **Plaintiff** :<br>:<br>and :<br>:<br>**CARSTEN JENSEN CHARMIG;** :<br>**XAVIER PALMEROLA FERNANDEZ;** :<br>**JOSÉ ISÁBAL ROCA; AND** :<br>**TRAFFIC SPORTS USA, INC.** :<br>:<br>    **Defendants** :<br>_____/ | Civ. No. 1:16-CV-20764-UU |

## NOTICE OF FILING
## JOINT CLAIM CONSTRUCTION CHART

Further to the Court's April 11, 2016 Scheduling Order (Dkt. No. 57), Plaintiff LOGOPAINT A/S and Defendants 3D SPORTS SIGNS SI, XAVIER PALMEROLA FERNANDEZ, JOSE ISABAL ROCA and TRAFFIC SPORTS USA, INC., by their undersigned counsel, respectfully submit their Joint Claim Construction Chart. The table below reflects the parties' agreement to the meaning of certain terms used in United States patent no. 8,261,475:

| Term (First Reference) | Agreed Definition |
|---|---|
| "providing an image" (claim 1) | Starting with a three dimensional image |
| "first, second and third orthogonal directions" (claim 1) | The x, y and z axis in a three dimensional space at right angles (90°) to each other |
| "reconfiguring said image to a planar image" | Taking the three dimensional image and |

| Term (First Reference) | Agreed Definition |
|---|---|
| (claim 1) | reconfiguring it into a two dimensional image |
| "an angle of 90 degrees minus a first predetermined non-zero angle" (claim 1) | An angle of 90 degrees minus a non-zero angle that is determined based upon the position of the viewer in relation to the position of the print on the plane print carrier |
| "an angle of 90 degrees plus a second predetermined non-zero angle" (claim 1) | An angle of 90 degrees plus a non-zero angle that is determined based upon the position of the viewer in relation to the position of the print on the plane print carrier |
| "placing said reconfigured planar image at a given angle with respect to a viewer" (claim 1) | Placing the reconfigured planar image so that it is at an oblique angle with respect to a viewer, namely, not from a point of view that is in front of and straight ahead of the image |
| "image appears to the viewer" (claim 1) | Common and ordinary meaning |
| "protrude from said reconfigured planar image" (claim 1) | Extend out of the plane of the reconfigured planar image |
| "primary figurative element" (claim 1) "secondary figurative element" (claim 1) "tertiary figurative element" (claim 3) | Three distinct separate elements of an image |
| "shadow" (claim 2) | Common and ordinary meaning |
| "relief" (claim 2) | Clearly visible or obvious due to being accentuated in some way (for example, appearing to be raised or lowered relative to its surroundings) |
| "foreground, background and frame" (claim 3) | Common and ordinary meaning |
| "carrying medium" (claim 6) | A medium on which the two dimensional image may be placed |
| "planar print carrier" (claim 6) | A surface on which the carrying medium is placed |
| "appears . . . to protrude vertically from said reconfigured planar image" (claim 9) | Has a three dimensional appearance where the third dimension appears to be out of the plane of the reconfigured planar image |
| "appears . . . to protrude perpendicularly from said reconfigured planar image" (claim 10) | Has a three dimensional appearance where the third dimension appears to be out of the plane of the two dimensional and at a right angle to that image |

The parties submit that there are no remaining disputed terms that will require the Court's construction.

2

BUCHANAN INGERSOLL & ROONEY PC :: Miami Tower :: 100 S.E. Second Street, Suite 3500 :: Miami, FL 33131-2148 :: T 305 347 4080 :: F 305 347 4089

*Notice of Filing*
*Joint Claim Construction Chart*
Case No. 1:16-cv-20764-UU

Respectfully submitted,

| BUCHANAN INGERSOLL & ROONEY, P.C.<br>*Attorneys for Plaintiff*<br>100 S. E. Second Street, Suite 3500<br>Miami, Florida 33131<br>Telephone: 305-347-4080<br>Facsimile: 305-347-4089<br><br>By: */s/ Jennifer Olmedo-Rodriguez*<br>Richard A. Morgan, Esq.<br>Florida Bar No. 836869<br>Richard.morgan@bipc.com<br>Jennifer Olmedo-Rodriguez, Esq.<br>Florida Bar No. 605158<br>Jennifer.olmedo-rodriguez@bipc.com<br>Matthew J. Feeley, Esq.<br>Florida Bar No. 012908<br>Matthew.feeley@bipc.com<br><br>-and-<br><br>Eric H. Weisblatt, Esq.<br>Scott A. Felder, Esq.<br>WILEY REIN LLP<br>1776 K Street NW<br>Washington, DC 20006<br>Tel: (202) 719-7416<br>Fax: (202) 719-7049<br>EWeisblatt@wileyrein.com<br>sfelder@wileyrein.com<br>*Admitted Pro Hac Vice* | CARLTON FIELDS JORDEN BURT, P.A.<br>*Attorneys for Defendants*<br>100 S. E. Second Street, Suite 4200<br>Miami, Florida 33131<br>Telephone: 305-530-0050<br>Facsimile: 305-530-0055<br><br>By: */s/ Ethan Horwitz*<br>Angela Puentes-Leon, Esq.<br>Florida Bar No. 524621<br>apuentes-leon@carltonfields.com<br><br>-and-<br><br>Ethan Horwitz, Esq.<br>New York Bar No. 1073881<br>405 Lexington Avenue, 29th Floor<br>New York, NY<br>Telephone: 212-280-9617<br>Facsimile: 212-785-5203<br>ehorotwiz@carltonfields.com |

*Notice of Filing*<br>*Joint Claim Construction Chart*<br>Case No. 1:16-cv-20764-UU

## CERTIFICATE OF SERVICE

We hereby certify that on May 2, 2016, we electronically filed the foregoing with the Clerk of the Court by using the CM/ECF system. I also certify that the foregoing document is being served this day on all counsel of record or pro se parties identified on the attached Service List in the manner specified, either via transmission of Notices of Electronic Filing generated by CM/ECF or in some other authorized manner for those counsel or parties who are not authorized to receive electronically Notices of Electronic Filing.

/s/ *Jennifer Olmedo-Rodriguez*
BUCHANAN, INGERSOLL & ROONEY, PC

## SERVICE LIST

Frederick A. Tecce, Esq.
PANITCH SCHWARZE BELISARIO & NADEL, LLP
2005 Market Street, Suite 2200
One Commerce Square
Philadelphia, Pa 19103
Tel: (215) 965-1307
Fax: (215) 599-0888
Email: ftecce@panitchlaw.com
Counsel for Plaintiff

Ethan Horowitz, Esq.
CARLTON FIELDS JORDEN BURT, P.A.
405 Lexington Avenue
29th Floor
New York, NY 10174-0002
Tel: (212) 380-9617
Email: Ehorwitz@cfjblaw.com
Counsel for Defendants

Angela Puentes-Leon, Esq.
CARLTON FIELDS JORDEN BURT, P.A.
Miami Tower
100 S.E. 2nd Street, Suite 4200
Miami, FL 33131
Tel: (305) 530-0050
Fax: (305) 530-0055
Email: apuentes-leon@cfjblaw.com
Counsel for Defendants

Tracy Zurzolo Quinn, Esq.
REED SMITH, LLP
Three Logan Square
1717 Arch Street
Suite 3100
Philadelphia, PA 19103
Tel: (215) 851-8286
Fax: (215) 851-1420
Counsel for Defendants